AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2005 MAY 11 AM 9:2 LORETTA G. WHYTE CLERK

| **United States District Court** | District U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA | |
|---|---|---|
| Name of Movant BRYAN ANTHONY THOMAS, SR. | Prisoner No. 27128-034 | Case No. 00-287 SECT. F |
| Place of Confinement FCI-MILAN P.O. BOX 1000 MILAN, MICHIGAN 48160 | | |

**00-287**

UNITED STATES OF AMERICA v. BRYAN ANTHONY THOMAS, SR.

(name under which convicted)

**SECT. F MAG. 1**

## MOTION

1. Name and location of court which entered the judgment of conviction under attack U.S. District Court EASTERN DISTRICT OF LOUISIANA - HALE BOGGS FEDERAL BUILDING 501 Magazine St. N.O. LA. 70130

2. Date of judgment of conviction July 18, 2001

3. Length of sentence Ninety-SEVEN months (97 months)

4. Nature of offense involved (all counts)
Count 1 - Wire Fraud 18 U.S.C. § 1343
Count 3 - Money Laundering 18 U.S.C. § 1956 (a)(1)(A)(i)

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☑
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
For pleading guilty to Count 1 and Count 3 - Count(s) 2 - Bank Fraud 18 U.S.C. § 1344 and Counts 4-161 Money Laundering 18 U.S.C. § 1956(a)(1)(A)(i) were dismissed.

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐ N/A

7. Did you testify at the trial?
   Yes ☐ No ☐ N/A

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

___ Fee
___ Process
X Dktd
✓ CtRmDep
___ Doc. No

9. If you did appeal, answer the following:

(a) Name of court United States Court of Appeals for the Fifth Circuit

(b) Result District Court's Judgement Affirmed (see Exhibit 1)

(c) Date of result March 11, 2002

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result N/A

(6) Date of result N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result N/A

(6) Date of result N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐ N/A
(2) Second petition, etc. Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:
N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: See Attached Memorandum

Supporting FACTS (state *briefly* without citing cases or law)

See Attached Memorandum

B. Ground two: See Attached Memorandum

Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum

C. Ground three: See Attached Memorandum

Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum

    D. Ground four: See Attached Memorandum

Supporting FACTS (state *briefly* without citing cases or law):

See Attached Memorandum

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

See Attached Memorandum

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Mr. Michael Zerlin, Attorney at Law, 424 Realty Dr. Suite C, Gretna, Louisiana 70056

(b) At arraignment and plea Mr. Michael Zerlin, Attorney at Law, 424 Realty Dr. Suite C, Gretna, Louisiana 70056

(c) At trial N/A

(d) At sentencing Mr. Frank G. DeSalvo (# 4898) 201 South Galvez Street New Orleans, Louisiana 70119

(e) On appeal Mr. Frank G. DeSalvo (#4898) 201 South Galvez Street New Orleans, Louisiana 70119

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future? N/A
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

(date)

Bryan Anthony Thomas, Sr.
Signature of Movant

# CIVIL COVER SHEET

CIVIL ACTION 05-1831 CRIMINAL 00-287 SECT. F MAG. 1

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**
BRYAN ANTHONY THOMAS, SR.

(b) County of Residence of First Listed Plaintiff:
**(Except in U.S.. Plaintiff Cases)**

**DEFENDANTS**
UNITED STATES OF AMERICA

County of Residence of First Listed Defendant:
**(In U.S. Plaintiff Cases Only)**
**Note:** In land condemnation cases, use the location of the tract of land involved.

(c) Attorneys (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in one box only)

[ ] 1 U.S.Government Plaintiff
[X] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S.Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

(For Diversity Cases Only) (Place an "X" in one box for plaintiff and one box for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated & Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. ORIGIN (Place an "X" in one box only)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (Specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (Place an "X" in one box only)

**CONTRACT**
[ ] 110 Insurance
[ ] 120 Marine
[ ] 130 Miller Act
[ ] 140 NegotiableInstrument
[ ] 150 Recovery of Overpayment & Enforcement Judgment
[ ] 151 Medicare Act
[ ] 152 Recovery ofDefaulted Student Loans (Excl. Veterans)
[ ] 153 Recovery of Overpayment of Veteran's Benefits
[ ] 160 Stockholders' Suits
[ ] 190 Other Contract
[ ] 195 Contract Product Liability

**TORTS**
Personal Injury
[ ] 310 Airplane
[ ] 315 Airplane Product Liability
[ ] 320 Assault Libel & Slander
[ ] 330 Federal Employers' Liability
[ ] 340 Marine
[ ] 345 Marine Product Liability
[ ] 350 Motor Vehicle
[ ] 355 Motor Vehicle Product Liability
[ ] 360 Other Personal Injury

Personal Injury
[ ] 362 Personal Injury - Med. Malpractice
[ ] 365 Personal Injury - Product Liability
[ ] 368 Asbestos Personal Injury Product Liability

Personal Property
[ ] 370 Other Fraud
[ ] 371 Truth in Lending
[ ] 380 Other Personal Property Damage
[ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
[ ] 610 Agriculture
[ ] 620 Other Food & Drug
[ ] 625 Drug Related Seizure of Property 21USC881
[ ] 630 Liquor Laws
[ ] 640 R.R. & Truck
[ ] 650 Airline Regs.
[ ] 660 Occupational Safety/Health
[ ] 690 Other

**BANKRUPTCY**
[ ] 422 Appeal 28 USC 158
[ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 Copyrights
[ ] 830 Patent
[ ] 840 Trademark

**OTHER STATUTES**
[ ] 400 State Reapportionment
[ ] 410 Antitrust
[ ] 430 Banks & Banking
[ ] 450 Commerce/ICC Rates/etc.
[ ] 460 Deportation
[ ] 470 RacketeerInfluenced & Corrupt Organizations
[ ] 810 Selective Service
[ ] 850 Securities/Commodities Exchange
[ ] 875 Customer Challenge 12 USC 3410
[ ] 891 Agricultural Acts
[ ] 892 Economic Stabilization Act
[ ] 893 Environmental Matters
[ ] 894 Energy Allocation Act
[ ] 895 Freedom of Information Act
[ ] 900 Appeal of Fee Determination Under Equal Access to Justice
[ ] 950 Constitutionality of State Statutes
[ ] 890 Other Statutory Actions

**REAL PROPERTY**
[ ] 210 Land Condemnation
[ ] 220 Foreclosure
[ ] 230 Rent Lease & Ejectment
[ ] 240 Torts to Land
[ ] 245 Tort Product Liability
[ ] 290 All Other Real Property

**CIVIL RIGHTS**
[ ] 441 Voting
[ ] 442 Employment
[ ] 443 Housing/Accommodations
[ ] 444 Welfare
[ ] 440 Other Civil Rights

**PRISONER PETITIONS**
[X] 510 Motions to Vacate Sentence
[ ] 530 Habeas Corpus: General
[ ] 535 Death Penalty
[ ] 540 Mandamus & Other
[ ] 550 Civil Rights

**LABOR**
[ ] 710 Fair Labor Standards Act
[ ] 720 Labor/Mgmt.Relations
[ ] 730 Labor/Mgmt. Reporting & Disclosure Act
[ ] 740 Railway Labor Act
[ ] 790 Other Labor Litigation
[ ] 791 Empl. Ret. Inc. Security Act

**SOCIAL SECURITY**
[ ] 861 HIA (1395ff)
[ ] 862 Black Lung (923)
[ ] 863 DIWC/DIWW (405(g))
[ ] 864 SSID Title XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 Taxes (U.S.Plaintiff or Defendant)
[ ] 871 IRS - Third Party 26 USC 7609

## VI. CAUSE OF ACTION

(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite Jurisdictional statutes unless diversity.)

**28 USC 2255 - MOTION TO VACATE** (NATURE OF SUIT: 510)

## VII. REQUESTED IN COMPLAINT:

Check if this is a **CLASS ACTION** [ ] under F.R.C.P.23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND** [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY

(See Instructions): Judge ____________ Docket Number ____________

DATE

SIGNATURE OF ATTORNEY OF RECORD

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED