```
                                          FILED
                                      U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2005 MAY 13  PM 3: 55

                                      LORETTA G. WHYTE
                                             CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER 00-287 |
| BRYAN ANTHONY THOMAS, SR.<br>27128-034 | SECTION "F" |

## O R D E R

BRYAN ANTHONY THOMAS, SR. has applied to this Court for post conviction relief. In order for the Court to determine the action, if any, that shall be taken on this application,

IT IS ORDERED that the Clerk of Court serve a copy of the application and this order on the United States Attorney for the Eastern District of Louisiana.

The United States Attorney for the Eastern District of Louisiana is ordered to file on or before June 13, 2005 with this Court, an answer containing a written statement of the Government's position concerning petitioner's application and a list of citations of authorities upon which the Government relies.

New Orleans, Louisiana, this 13TH day of MAY, 2005.

_[signature]_
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
_X_ Process___
___ Dktd_____
_✓_ CtRmDep___
___ Doc. No___
```