```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2005 JUN 22  PM 1:59

                                           LORETTA G. WHYTE
                                                CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-287 |
| | C.A. 05-1831 |
| BRYAN A. THOMAS, SR. | SECTION "F" |

### JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment denying petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence.

New Orleans, Louisiana, this 22c Day of June, 2005.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
___ ...
___ CtRmDep____
___ Doc. No____
```