```
                                FILED
                           U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA

                           2005 AUG 26  AM 11: 33

                              LORETTA G. WHYTE
                                   CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-287<br>C.A. 05-1831 |
| BRYAN A. THOMAS, SR. | SECTION "F" |

### ORDER

The Court has determined that due to clerical error, the judgment dated June 22, 2005, should be vacated. Accordingly:

IT IS ORDERED that the Judgment dated June 22, 2005, is hereby vacated, set aside and revoked.

New Orleans, Louisiana, this  26th  day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process___
 X  Dktd_____
 ✓  CtRmDep___
___ Doc. No___
```