FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 26  AM 11: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-287<br>C.A. 05-1831 |
| BRYAN A. THOMAS, SR. | SECTION "F" |

### JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment denying petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence.

New Orleans, Louisiana, this 26th day of August, 2005.

*Martin L. C. Feldman*
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
___ Dktd_____
___ C/RmDep____
___ Doc. No____