UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED OCT 3 1 2005

LORETTA G. WHYTE
Clerk

| | | |
|---|---|---|
| BRYAN A. THOMAS, SR. | § | |
|     Petitioner, | § | Civil No.05-1831 |
| | § | Crim. No.00-287 |
| VS. | § | |
| | § | SECTION "F" |
| | § | |
| UNITED STATES OF AMERICA | § | |
|     Respondent. | § | |

## MOTION REQUESTING TO FILE OUT OF TIME A MOTION FOR RECONSIDERATION OF THE ORDER OF JUNE 22, 2005

Petitioner, Bryan A. Thomas, pro se, respectfully moves this Honorable Court to file his Motion for Reconsideration of the Court's Order dated June 22, 2005. For good cause Petitioner states as follows:

### I.

On May 11, 2005, Petitioner filed a 28 U.S.C. § 2255 Motion alleging an illegal Sentence beyond his statutory maximum guideline provision based on 158 dismissed Counts of the Indictment as set forth in his Rule 11 Guilty Plea agreement. Furthermore, the dismissed Counts were never admitted to by the Petitioner.

On August 22, 2005, the Petitioner received a Notice from the Clerk's Office, Loretta G. Whyte, advising that the previously submitted correspondence of August 8, 2005 was received and now being returned. (See Exhibit "A"). Due to the fact that Petitioner's case was no longer pending. (See Exhibit "B"). Also, attached thereto was a copy of the Order from an unfamiluar Judge, the Honorable Martin L. C. Feldman, dated June 22, 2005.

Fee_____
Process_____
_X_ Dktd_____
_X_ CtRmDep_____
Doc. No._____

The Petitioner distressingly called the Clerk's Office and was put in touch, with Judy from the Pro Se Assistant Department at (504)589-7751. Who professionally advised the Petitioner to file this instant motion, in light of the late notification, requesting to file Out of time. Along with a prepared "Order" (Enclosed) for the Court to utilize in its Judgment.

## II.

This relief is not sought for delay but so that justice may be done.

WHEREFORE, the Petitioner request that the Court grant this Motion in light of the Petitioner's late notice of the failed Order dated June 22, 2005.

Dated: August 26, 2005

Respectfully submitted,

Bryan A. Thomas, Sr.
Reg.#27128-034
FCI Milan
Post Office Box 1000
Milan, MI. 48160

## CERTIFICATE OF SERVICE

I, Bryan A. Thomas, hereby certify that on this 26th. day of August I mailed via First Class, U.S. Mail, postage prepaid, the Motion Requesting to File Out of Time A Motion for Reconsideration of the Order of June 22, 2005 to:

A.U.S.A. Ms. D. M. Taylor
Hale Boggs Federal Building
501 Magazine St., Second Floor
New Orleans, Louisiana 70130

Dated: August 26, 2005

Respectfully submitted,

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRYAN A. THOMAS, SR.** | § | |
| Petitioner, | § | Civil No.05-1831 |
| | § | Crim. No.00-287 |
| **VS.** | § | |
| | § | SECTION "F" |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| Respondent. | § | |

### ORDER

I hereby grant Bryan A. Thomas on this ____ day of September, 2005, to file out of time his Motion for reconsideration no later than the ____ day of September, 2005.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

SEE RECORD FOR

EXHIBITS

OR

ATTACHMENTS

NOT SCANNED