UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

BRYAN ANTHONY THOMAS, SR.                CRIMINAL ACTION

v.                                       NO. 00-CR-287
                                             05-CV-1831

THE UNITED STATES OF AMERICA             SECTION "F"

<u>ORDER</u>

Before this Court are Bryan Anthony Thomas' (i) Motion for Reconsideration of Order and Judgment of June 22, 2005 and (ii) Motion Requesting to File Out of Time a Motion for Reconsideration of the Order of June 22, 2005. On August 26, 2005, the Judgment issued by this Court on June 22, 2005 was vacated.

THEREFORE, IT IS ORDERED: that Bryan Anthony Thomas' Motion for Reconsideration of Order and Judgment of June 22, 2005 and Motion Requesting to File Out of Time a Motion for Reconsideration of the Order of June 22, 2005 are denied as moot.

New Orleans, Louisiana, November 16, 2005.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE