UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRYAN ANTHONY THOMAS, SR. | CRIMINAL ACTION |
| v. | NO. 00-CR-287 |
| | 05-CV-1831 |
| THE UNITED STATES OF AMERICA | SECTION "F" |

ORDER

Before this Court are Bryan Anthony Thomas' (i) Motion to Resubmit a Revised Reconsideration Motion of the Judgment of August 26, 2005, which was filed on October 19, 2005, and (ii) Motion to Resubmit a Revised Reconsideration Motion of the Judgment of August 26, 2005, which was filed on October 28, 2005. The petitioner's two motions before the Court are identical.

THEREFORE IT IS ORDERED: that Bryan Anthony Thomas' Motion to Resubmit a Revised Reconsideration Motion of the Judgment of August 26, 2005, which was filed on October 19, 2005, is set for hearing on December 21, 2005.

IT IS ALSO ORDERED: that Bryan Anthony Thomas' Motion to Resubmit a Revised Reconsideration Motion of the Judgment of August 26, 2005, which was filed on October 28, 2005, is denied as moot because it is a duplicate.

New Orleans, Louisiana, November 16, 2005.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE