FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 19  AM 9: 04

LORETTA G. WHYTE
CLERK

# UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

BYRAN A THOMAS SR

CRIMINAL ACTION

NO. 00-287

SECTION "F" (1)

## CERTIFICATE  OF  APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed.  Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

_____

☒ a certificate of appealability shall not be issued for the following reason(s):
Petitioner has not made a substantial showing of the denial of any constitutional right. Reasonable jurists would not disagree about the result reached by the Court.

Date: 5-18-06

UNITED STATES DISTRICT JUDGE