READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING
**TRANSCRIPT ORDER**

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED MAY 22 2006
LORETTA G. WHYTE
Clerk

District Court: **EASTERN DISTRICT OF LOUISIANA**
District Court Docket Number: **00-287**
Short Case Title: **BRYAN A THOMAS SR vs UNITED STATES of America**
Court Reporter: **F(1)**
Date Notice of Appeal Filed by Clerk of District Court: _____
Court of Appeals #: _____ (If Available)

### PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

**A. Complete one of the following:**
- [x] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: (check appropriate box)
  - Voir dire [ ]; Opening statement of plaintiff [ ] defendant [ ];
  - Closing argument of plaintiff [ ] defendant [ ]; Opinion of court [ ];
  - Jury instructions [ ]; Sentencing [ ]; Bail hearing [ ];

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | | |
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Private funds; [ ] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy); [ ] Other IFP Funds;    N/A
- [ ] Advance Payment waived by reporter; [ ] U.S. Government Funds;
- [ ] Other _____

Signature: *Bryan A. Thomas Sr*
Print Name: **Bryan A. Thomas, Jr 27128-034**
Address: **FCI Milan P.O. Box 1000 48160**
Date Transcript Ordered: _____
Counsel for: _____
Telephone: _____

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

### PART II. COURT REPORTER ACKNOWLEDGEMENT
(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received [ ] Unable to contact ordering party [ ] Other (Specify) _____

Date _____    Signature of Court Reporter _____    Telephone _____
Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

### PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Fee _____
_____ Process _____
X Dktd _____
_____ Actual Number of Pages    Actual Number of Volumes _____
CtRmDep _____
Doc. No. _____

Date _____    Signature of Court Reporter _____

DKT-13 (5/96)

**Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I**