U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JUN 1 4 2006

LORETTA G. WHYTE
CLERK

U. S. COURT OF APPEALS
FILED
JUN 6 2006
CHARLES R. FULBRUGE III
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30468
USDC No. 2:05-CV-1831 (2:00-CR-287) F

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

versus

BRYAN A. THOMAS, SR.,

    Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Louisiana

Before WIENER, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:

    Rule 4(a)(1)(B), Fed. R. App. P., requires that the notice of appeal in a civil action in which the United States is a party be filed within 60 days of entry of the judgment or order from which appeal is taken. In this 28 U.S.C. § 2255 proceeding, the final judgment was entered on August 26, 2005. Accordingly, the final day for filing a timely notice of appeal was October 25, 2005. The defendant's pro se notice of appeal is dated May 2, 2006, and it is stamped as filed on May 5, 2006. Because the notice of appeal is dated May 2, 2006, it could not have been deposited in the prison's mail system within the prescribed time. See Fed. R. App. P. 4(c)(1) (prisoner's pro se notice of appeal is timely filed if deposited in the institution's internal mail system on or before the last day for filing). The time

___ Fee_____
___ Process_____
_√_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

06-30468
- 2 -

limitation for filing a notice of appeal is jurisdictional, and the lack of a timely notice mandates dismissal of the appeal. <u>Robbins v. Maggio</u>, 750 F.2d 405, 408 (5th Cir. 1985).

APPEAL DISMISSED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
JUN 0 6 2006

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

June 6, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

      No. 06-30468 USA v. Thomas
      USDC No. 2:05-CV-1831
                2:00-CR-287

Enclosed is a certified copy of the judgment issued as the mandate.

                                  Sincerely,

                                  CHARLES R. FULBRUGE III, Clerk

                                  By: _____
                                  Dawn D. Victoriano, Deputy Clerk
                                  504-310-7717

cc: w/encl:
    Mr Bryan A Thomas Sr
    Ms Dorothy Manning Taylor

MDT-1